

# Fourth Court of Appeals
## San Antonio, Texas

August 2, 2021

No. 04-21-00279-CV

Maryvel **SUDAY,**
Appellant

v.

Olga Raquenel **SUDAY**, Jorge Suday, Ana Martinez De Suday and Jesus T. Suday behalf of
Zayde Mussi-Suday, Hamed Mussi- Suday, Hassem Mussi-Suday, Jorge Eduardo Suday, and
David Suday,
Appellees

From the County Court at Law, Val Verde County, Texas
Trial Court No. 3644CCL
The Honorable Stephen B. Ables, Judge Presiding

# O R D E R

The clerk's record was filed July 29, 2021, however, it is being returned to the District Clerk of Val Verde County because it fails to comply with the Supreme Court Order Directing the Form of the Appellate Record. In particular:

a. All of the documents required by Rule 34.5(a) and (b) need to be in one record, in ascending, chronological order, preceded by one table of contents, *see id.* Rule 1.1(a)-(e);

b. The page numbers listed in the table of contents must match the page number of the first page of each associated document in the record, *see id.* Rule 1.1(e);

c. The table of contents must state the date each document was filed or order was signed and be double-spaced; if the clerk's record consists of multiple volumes, the table of contents must indicate the page on which each volume begins, *see id.* Rule 1.1(i);

d. Most of the bookmarks in the record filed did not function properly; the clerk must create working electronic bookmarks to link each document description in

the table of contents to the first page of the document in the record, see id. Rule 1.1(i), 1.2(b);

e. The record must conclude with a signed certificate in substantially the same form as set forth in the Supreme Court Order Directing the Form of the Appellate Record, *see id.* Rule 1.1(j); and

f. The record contained numerous duplicate documents; the record should not include unnecessary duplicates of documents.

We therefore **order** Jo Ann Cervantes, the Val Verde County District Clerk, to prepare a clerk's record in in proper form. We **order** the new record filed in this court by **August 16, 2021**. The clerk must make the corrected electronic record available at no cost to any party who has previously received the original, defective electronic clerk's record. *See id.* Rule 1.4.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of August, 2021.



MICHAEL A. CRUZ, Clerk of Court